UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IOLA YHAP ) | CIVIL ACTION NO. |
|     Plaintiff ) | 3:10-CV-01648-AWT |
| ) | |
| v. ) | |
| ) | |
| THE BARBERINO BROTHERS, INC. ) | |
|     Defendant ) | MAY 24, 2011 |
| ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(ii), the plaintiff, Iola Yhap, through her attorney, and the defendant, The Barberino Brothers, Inc., through their attorney, hereby stipulate that the claims in the above-entitled action shall be dismissed with prejudice, and without costs or attorney's fees.

    Plaintiff, Iola Yhap

    By /s/ Daniel S. Blinn
    Daniel S. Blinn  (ct 02188)
    Consumer Law Group, LLC
    35 Cold Spring Road, Suite 512
    Rocky Hill, CT  06067
    Tel: (860) 571-0408
    Fax: (860) 571-7457
    dblinn@consumerlawgroup.com

        Defendant, The Barberino Brothers, Inc.

By /s/ Joel M. Jolles
Joel M. Jolles (ct02249)
P.O. Box 185418
Hamden, CT  06518
Tel: (203) 230-5893
Fax: (203) 230-5918
Jolles.law@sbcglobal.net


## CERTIFICATION

    I hereby certify that on this 24th day of May, 2011, a copy of foregoing Stipulation of Dismissal was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

        /s/ Daniel S. Blinn
        Daniel S. Blinn